## 36563. FISHEL et al. v. TATTNALL BANK.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 8, 1980 — DECIDED DECEMBER 2, 1980.

*Northcutt, Edwards, Germano, Nix & Kimmey, J. Lansing Kimmey,* for appellants.

*Cheney & Cheney, Van Cheney, Glen A. Cheney,* for appellee.